Vinicio Jesus GARCIA
1828198
Bill Clements
9601 Spur 591
Amarillo, TX 79107     Feb 23, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
PO Box 12308
CAPITOL STATION
Austin, TX 78711

Dear Sir:

I am writing in regards to PD-0417-14.
I would like a copy the dissenting opinion
issued by Judges Keasler and HERVEY.
The opinions were filed on September 17, 2014

Thank you for
your assistance

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk